UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>Defendants. | Case No. 1:20-cv-00811-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO CONTINUE DATES/DEADLINES AND GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 14) |

The Court, having considered the parties' joint stipulation (ECF No. 14), and finding good cause, IT IS ORDERED that joint stipulation is granted. IT IS FURTHER ORDERED as follows:

1. Plaintiff is granted leave to file a second amended complaint no later than October 29, 2021, a proposed version of which has been provided to the Court as an attachment to the parties' underlying stipulation, and the filing of which will not be opposed by the Defendants in this action. Pursuant to the parties' stipulation, the legal claims and legal theories of the second amended complaint are as set forth in the attachment to the parties' underlying stipulation, and that individual Defendants Raymond, Vierra, and Creighton are not required to file an Answer to Plaintiff's Second Amended Complaint. Defendant City of Atwater shall have 30 days from the filing of the second amended complaint to file its responsive pleading.

2. The mid-discovery status conference set for November 8, 2021, is vacated and is reset for March 31, 2022, at 10 a.m. To appear telephonically, each party is directed to use the

following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint status report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Court's review.

3. The pretrial dates/deadlines from the Court's prior scheduling order (ECF No. 10) are continued as noted below. However, all unmodified provisions of the scheduling order shall remain in place:

| CATEGORY | PRIOR DATE/DEADLINE | NEW DATE/DEADLINE |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | October 22, 2021 | March 28, 2022 |
| Expert Disclosures | December 3, 2021 | April 4, 2022 |
| Rebuttal Expert Witnesses Exchange | January 28, 2022 | May 6, 2022 |
| Expert Discovery Cut-Off | February 25, 2022 | July 1, 2022 |
| Dispositive Motion Filing Deadline | April 15, 2022 | August 4, 2022 |
| Mid-Discovery Conference | November 8, 2021 | March 31, 2022, at 10 a.m. |
| Pretrial Conference | September 26, 2022 | January 9, 2023, at 1:30 p.m. |

IT IS SO ORDERED.

Dated: **October 18, 2021**              /s/ *Erica P. Grosjean*
                                                              UNITED STATES MAGISTRATE JUDGE

2