1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   SAMUEL JOSEPH,                          Case No.   1:20-cv-00811-DAD-EPG

11                      Plaintiff,           ORDER GRANTING JOINT STIPULATION
                                             TO STAY PROCEEDINGS PENDING
12        v.                                 MEDIATION

13   CITY OF ATWATER, et al.,                (ECF No. 18)

14                      Defendants.

15

16        This matter is before the Court on the parties' joint stipulation and request to stay the

17   proceedings pending mediation and/or for continuance of pretrial deadlines. (ECF No. 18). The

18   parties' joint stipulation states that, while they have engaged in extensive discovery, significant

19   further discovery is still necessary. Additionally, Plaintiff is litigating a related matter in state

20   court, with the parties now agreeing to try to globally resolve that action and this action in an

21   upcoming mediation.

22        To further settlement, the parties have agreed to conduct some additional limited

23   discovery and ask for the Court to stay this action and/or extend the existing scheduling order so

24   that they may complete the limited discovery and engage in mediation. The parties anticipate

25   taking the limited discovery and completing the mediation within the next ninety days.

26   ///

27   ///

28   ///

                                             1

1      Finding good cause, IT IS ORDERED as follows:

2          1.  The parties' joint stipulation (ECF No. 18) is granted to the extent that it requests

3              a stay pending further limited discovery and mediation;

4          2.  This matter is stayed, and all dates and deadlines are vacated (ECF No. 15)[1],

5              except, by no later than June 27, 2022, the parties are directed to complete the

6              limited discovery and engage in mediation as stipulated; and

7          3.  No later than July 7, 2022, the parties shall file a joint status report concerning

8              the results of their mediation, and if they have been unable to resolve the case,

9              shall propose a new case schedule.

10

11     IT IS SO ORDERED.

12     Dated:   **March 21, 2022**                    /s/ Erica P. Grosjean

13                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Notably, this order vacating dates also applies to the March 31, 2022 mid-discovery status conference, which will be reset if needed following the stay.

2