UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00811-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO ENGAGE IN MEDIATION, COMPLETE LIMITED DISCOVERY, AND FILE A STATUS REPORT<br><br>(ECF No. 20) |

This matter is before the Court on the parties' joint stipulation and to extend their deadline to engage in mediation, complete limited discovery, and file a status report. (ECF No. 20). Specifically, the parties state that they will be unable to complete limited discovery and engage in mediation by June 27, 2022, or to file a status report concerning the results of their mediation by July 7, 2022, as required by this Court's March 21, 2022 order. (ECF No. 19). The parties state that they still need to take additional depositions and have scheduled a new mediation date of August 2, 2022. Accordingly, they request to have until August 2, 2022, to complete the limited discovery and the mediation, and to have until August 9, 2022, to file a status report.

\\\

\\\

\\\

Finding good cause, IT IS ORDERED as follows:

1. The parties' joint stipulation and to extend their deadline to engage in mediation, complete limited discovery, and file a status report (ECF No. 20) is granted;
2. This matter remains stayed, except, by no later than August 2, 2022, the parties are directed to complete the limited discovery and engage in mediation as stipulated; and
3. By no later than August 9, 2022, the parties shall file a joint status report concerning the results of their mediation, and if they have been unable to resolve the case, shall propose a new case schedule.

IT IS SO ORDERED.

Dated:  **June 28, 2022**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE