UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>  Defendants. | Case No.   1:20-cv-00811-DAD-EPG<br><br>ORDER GRANTING REQUEST TO EXTEND DEADLINE TO ENGAGE IN MEDIATION, COMPLETE LIMITED DISCOVERY, AND FILE A STATUS REPORT<br><br>(ECF No. 22) |

   This matter is before the Court on the parties' joint status report and request to extend their deadline to engage in mediation, complete limited discovery, and file a status report. (ECF No. 22). Specifically, the parties state that they will be unable to complete limited discovery and engage in mediation by August 2, 2022, or to file a status report concerning the results of their mediation by August 9, 2022, as required by this Court's June 28, 2022 order. (ECF No. 21). The parties state that Plaintiff had a death in his immediate family requiring the pending mediation and deposition to be moved, with the parties rescheduling the mediation to August 31, 2022. Accordingly, they request to have until August 31, 2022, to complete limited discovery and the mediation, and to have until September 14, 2022, to file a status report.[1]

---

[1] Where parties file a proposed order for the Court's consideration, Local Rule 137(b) requires "the proposing person [to] also submit by email a separate proposed order in Word format to the appropriate Judge or Magistrate Judge's email box listed on the Court's website." The Court has no record of receiving the proposed order at its email box (epgorders@caed.uscourts.gov). Should the parties file

1

Finding good cause, IT IS ORDERED as follows:

1. The parties' joint request (ECF No. 22) to extend their deadline to engage in mediation, complete limited discovery, and file a status report is granted;
2. This matter remains stayed, except, by no later than August 31, 2022, the parties are directed to complete the limited discovery and engage in mediation as agreed; and
3. By no later than September 14, 2022, the parties shall file a joint status report concerning the results of their mediation, and if they have been unable to resolve the case, shall propose a new case schedule.

IT IS SO ORDERED.

Dated:  **July 29, 2022**               /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

another proposed order in this case, they should comply with LR 137(b) in the future.