UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH, | Case No.   1:20-cv-00811-ADA-EPG |
| Plaintiff, | |
| v. | ORDER APPROVING PARTIES' STIPULATION TO CONTINUE STATUS CONFERENCE |
| CITY OF ATWATER, et al., | |
| Defendants. | (ECF No. 32) |

This matter is before the Court on the parties' stipulation, which asks the Court to continue the April 27, 2023 status conference to May 4, 2023, or a date convenient for the Court's calendar, because defense counsel will be attending annual training with the U.S. Army Reserve from April 27 to April 30, 2023, and will thus be unable to attend the status conference as scheduled. (ECF No. 32).[1]

Based on the parties' stipulation, IT IS ORDERED that the April 27, 2023 status conference is continued to May 8, 2023, at 10:30 a.m. The parties are reminded to file a joint status report at least seven days prior to the conference.

IT IS SO ORDERED.

Dated:   __April 20, 2023__                  ____/s/ Erica P. Grosjean____

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court did not receive a Word version of the parties' proposed order in its email box. The parties are reminded to provide a Word version of any future proposed orders in compliance with Rule 137(b).