UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF ATWATER, et al.,<br><br>    Defendants. | Case No.   1:20-cv-00811-ADA-EPG<br><br>ORDER FOR PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER TO ATTEND THE MAY 8, 2023 STATUS CONFERENCE<br><br>(ECF No. 33) |

Plaintiff alleges employment and civil rights causes of action in this case. (ECF No. 16). The following attorneys appear on the docket as representing Plaintiff: Jonathan Murphy, Tania Rose, and Michael Rains.

This matter was scheduled for a status conference on May 8, 2023, at 10:30 a.m. (ECF No. 33, *see* ECF No. 30). Ahead of the conference, the parties filed a joint status report, with Attorney Rose signing as Plaintiff's counsel. (ECF No. 34). On May 8, 2023, the Court attempted to hold the conference at 10:30 a.m. The Court, its staff, and defense counsel Shane Larsen were present telephonically, and the Court waited a few minutes for Plaintiff's counsel to join. However, no attorney appeared on Plaintiff's behalf, and there is no apparent basis from the record as to why no attorney appeared.

Given these circumstances, IT IS ORDERED as follows:

1. Plaintiff's counsel shall show cause why sanctions should not issue for the failure of any of Plaintiff's attorneys to attend the conference as required by the Court's order (ECF No.

1

33).

2. Plaintiff's counsel[1] has until May 12, 2023, to file a written response explaining why counsel did not attend the conference. In the meantime, the Court maintains the stay in this case. (ECF No. 30).

3. After reviewing counsel's response, the Court will consider whether sanctions are appropriate and determine whether to reschedule the status conference.

IT IS SO ORDERED.

Dated:   **May 8, 2023**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Any of Plaintiff's attorneys may respond to this order.

2