UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH,<br><br>                     Plaintiff,<br><br>          v.<br><br>CITY OF ATWATER, et al.,<br><br>                     Defendants. | Case No.   1:20-cv-00811-ADA-EPG<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 35, 37) |

On May 8, 2023, this Court issued an order requiring Plaintiff's counsel to show cause why sanctions should not issue for the failure of any of Plaintiff's attorneys to attend the May 8, 2023 status conference. (ECF No. 35). Attorney Tania Rose has filed a response, apologizing for the failure to attend the conference and stating that counsel mistakenly dialed the conference line for the presiding District Judge and thereafter called this Court's conference line, by which time the proceeding had ended. (ECF No. 37)

Based on the response, IT IS ORDERED as follows:

1.  The Court's May 8, 2023 show cause order (ECF No. 35) is discharged.

\\\
\\\
\\\
\\\
\\\

1

2.  The status conference is reset for June 5, 2023, at 11 a.m. For telephonic appearance at the conference, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **May 16, 2023**                               /s/ *Erica P. Grosjean*
                                         UNITED STATES MAGISTRATE JUDGE