UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL JOSEPH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ATWATER, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00811-ADA-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 46) |

On October 27, 2023, the parties filed a joint stipulation dismissing this action with prejudice, with each party to bear its own fees and costs. (ECF No. 46). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**October 30, 2023**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1